UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff  )<br>  )<br> v.  )<br>  )<br> LENN DIXON,  )<br>  )<br>   Defendant  )<br>  ) | Criminal No. 05-65-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 12, 2006, his Recommended Decision (Docket No. 39). The Government filed its Objection to the Recommended Decision (Docket No. 41) on January 27, 2006. Defendant filed his Objection to the Recommended Decision (Docket No. 42) on January 30, 2006. The United States Magistrate Judge filed with the Court on February 3, 2006 (Docket No. 43), his Amended Recommended Decision. On February 3, 2006, the Government filed its Withdrawal of Objection (Docket No. 44) (as to Docket No. 41). The Government filed its Response to Defendant's Objection (Docket No. 46) on February 8, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, as amended, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, as amended, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Amended Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. Defendant's Motion to Suppress (Docket No. 28) is <u>DENIED</u>.

      <u>/s/ George Z. Singal</u>
      Chief U.S. District Judge

Dated this 14th day of February, 2006.